UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

APRIL BATES,

Plaintiff,

-vs-

VITAS HEALTHCARE
CORPORATION OF FLORIDA,

Defendant.

---

**COMPLAINT**

Plaintiff, APRIL BATES, individually and on behalf of persons similarly situated, hereby sues Defendants VITAS HEALTHCARE CORPORATION OF FLORIDA, and alleges:

**Jurisdiction, Venue, and Parties**

1. This is an action arising under the Fair Labor Standards Act (29 U.S.C. 201, et seq.).

2. Plaintiff APRIL BATES (hereinafter, "Plaintiff") is an individual residing in Broward County, Florida and is otherwise *sui juris*. Plaintiff is a former employee of Defendant, within the meaning of 29 U.S.C. 203(e).

3. Defendant VITAS HEALTHCARE CORPORATION OF FLORIDA (hereinafter, "Defendant" or "VITAS") is a Florida corporation with its principal place of business in Miami-Dade County, Florida. Defendant is an employer as defined by the Fair Labor Standards Act.

4. This Court has jurisdiction pursuant to 29 USC 216(b) and 28 USC 1331 and

1337.

5. Venue is proper pursuant to 28 USC 1391(b).

**General Allegations**

6. VITAS is a provider of hospice care in the United States. VITAS' business activities involve those to which the Fair Labor Standards Act applies. VITAS' and its employee's duties affected interstate commerce for the time period relevant to this action. Additionally and/or alternatively, VITAS is an enterprise within the meaning of 29 USC 203(s)(1).

7. On or about February of 2010, Plaintiff began working for VITAS in the human resources department. Plaintiff was paid an hourly rate, which changed over time.

8. Plaintiff's job duties do not fall within any of the Exemptions under the Fair Labor Standards Act.

9. Plaintiff ceased working for DIRECT STUDENT AID on or about February 5, 2016. Her rate of pay in 2016 was $13.96 per hour and $13.75 per hour prior to that timeframe.

10. Through the term of her employment, Defendant willfully and intentionally failed to provide Plaintiff, and the other employees similarly situated, for some of their overtime wages for weeks wherein Plaintiff, and the other employees similarly situated, worked in excess of forty (40) hours a week. The Defendant's activities including have its employees change their actual time and otherwise shifting overtime hours earned in one week to another week so it would not appear that overtime was earned.

11. The additional persons who may become Plaintiffs in this action are current and former employees of Defendants who worked for the Defendants within the last three years who

were not compensated for all of their straight time wages in addition to overtime wages for weeks wherein they worked in excess of forty (40) hours a week.

12. Plaintiff has retained the law firm of Bruce Botsford, P.A. and has agreed to pay the reasonable attorneys' fees and costs incurred in the prosecution of this lawsuit.

**COUNT I**

**FEDERAL OVERTIME WAGE VIOLATION**

The Plaintiff adopts and realleges the allegations contained in Paragraphs 1 through 12 as if fully set forth herein.

13. This is a claim under the Fair Labor Standards Act.

14. Defendants willfully and intentionally failed to provide Plaintiff, and the other employees similarly situated, with all of their straight time in addition to overtime wages for certain weeks wherein they worked in excess of forty (40) hours a week as required by the Fair Labor Standards Act.

15. Plaintiff, and the other employees similarly situated, are entitled to recover unpaid straight time and overtime wages owing for the last three years pursuant to the Fair Labor Standards Act.

16. Plaintiff, and the other employees similarly situated, are entitled to recover their reasonable attorneys' fees and costs, from the Defendant pursuant to 29 USC 216(b).

WHEREFORE, Plaintiff, APRIL BATES, and the other employees similarly situated, hereby demand judgment against Defendant VITAS, for all unpaid straight time owing from the last three years, for all unpaid overtime wages for the last three years, for liquidated/double damages, for the award of statutory attorneys' fees, costs, pre-judgment interest, and for any and

all other relief as this Honorable Court may find just and reasonable.

**DEMAND FOR JURY TRIAL**

The Plaintiff requests a trial by jury on all matters so triable as a matter of right.

Respectfully Submitted,

BRUCE BOTSFORD, P.A.
1615 S.W. 2nd Avenue
Ft. Lauderdale, Florida 33315
Telephone: (954) 990-4213
Facsimile: (954) 208-0968
E-Mail: service@botsfordlegal.com
E-Mail2: paralegal@botsfordlegal.com

/s/ Bruce Botsford
BRUCE BOTSFORD
Florida Bar No. 31127